

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2016

No. 04-16-00405-CV

Alexis Boultinghouse-**BALLARD** and Jimmy C. Ballard,
Appellants

v.

**HSBC BANK USA**, National Association, as Trustee for ACE Securities Corp. Home Equity
Loan Trust, Series 2004-RM2 Asset-Backed Pass-Through Certificates,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV07393
Honorable Karen Crouch, Judge Presiding

# O R D E R

The reporter's record was due June 11, 2016, but was not filed. On June 28, 2016, this court notified the court reporter that the reporter's record was late.[1] The court reporter responded to our notice by filing a notification of late record, stating the record was not filed because appellants have not paid or made arrangements to pay the reporter's fee to prepare the record and they are not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b).

Accordingly, we **ORDER** appellants to provide written proof to this court on or before July 11, 2016 that either: (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee, or (2) appellants are entitled to the record without prepayment of the reporter's fee. *See id.* R. 35.3(b). If appellants fail to respond within the time provided, appellants' brief will be due thirty days after the date the clerk's record is filed, and the court will only consider those issues or points raised in appellants' brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

---

[1] Our notice was not sent earlier because the district clerk failed to forward the notice of appeal, which was filed in the trial court on May 13, 2016, to this court. We only learned of the existence of the appeal when appellants filed a copy of this notice of appeal in this court on June 23, 2016.

We **order** the clerk of this court to send copies of this order to all counsel, the court reporter, and the district clerk.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2016.



Keith E. Hottle
Clerk of Court